# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** | CIVIL ACTION NO: |
| **Plaintiff** | **COMPLAINT** |
| vs. | |
| **Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde** | RE:<br>8 Chestnut Street, South Portland, ME 04106 |
| **Defendant** | Mortgage:<br>September 16, 2010<br>Book 28101, Page 154 |

**THIS PROPERTY IS VACANT**

NOW COMES the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested

    party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, in which the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is the obligor and the total amount owed under the terms of the Note is One Hundred Seventy-Three Thousand Three Hundred Seventy-Two and 84/100 ($173,372.84) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust is a corporation with its principal place of business located at c/o Pretium Mortgage Credit Management, 120 South Sixth Street, #2100, Minneapolis, MN 55402.

5. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is a resident of Portland, County of Cumberland and State of Maine.

## FACTS

6. On April 29, 1984, by virtue of a Warranty Deed from Octavia M. Fogg, which is recorded in the Cumberland County Registry of Deeds in **Book 6450, Page 105**, the property situated at 8 Chestnut Street, South Portland, County of Cumberland, and State of Maine, was conveyed to Edward George Willard, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

7. On September 16, 2010, Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, executed and delivered to Bank of America, N.A. a certain Note under seal in the amount of $137,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

8. To secure said Note, on September 16, 2010, Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde executed a Mortgage Deed in favor of Bank of America, N.A., securing the property located at 8 Chestnut Street, South Portland, ME 04106 which Mortgage Deed is recorded in the Cumberland County Registry of Deeds in **Book 28101**, **Page 154**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

9. The Mortgage was then assigned to Federal National Mortgage Association by virtue of an Assignment of Mortgage dated July 21, 2015 and recorded in the Cumberland County Registry of Deeds in **Book 32449**, **Page 316**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust by virtue of an Assignment of Mortgage dated April 13, 2018 and recorded in the Cumberland

County Registry of Deeds in **Book 34798**, **Page 48**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. On January 15, 2020, the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit F (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

12. The Demand Letter informed the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit F.

13. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, failed to cure the default prior to the expiration of the Demand Letter.

14. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

15. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the lawful holder and owner of the Note and Mortgage.

16. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, hereby certifies that all

steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 were strictly performed.

17. The total debt owed under the Note and Mortgage as of March 31, 2020 is One Hundred Seventy-Three Thousand Three Hundred Seventy-Two and 84/100 ($173,372.84) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $126,519.97 |
| Interest | $30,227.27 |
| Late Fees | $0.07 |
| Escrow Advance | $11,212.01 |
| Corporate Advance Balance | $5,413.52 |
| Grand Total | $173,372.84 |

18. Upon information and belief, the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is not presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

19. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 18 as if fully set forth herein.

20. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 8 Chestnut Street, South Portland, County of Cumberland, and State of Maine. *See* Exhibit A.

21. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the holder of the Note referenced in Paragraph 7 pursuant to endorsement by the previous holder (if applicable)

and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, has the right to foreclosure and sale upon the subject property.

22. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the current owner and investor of the aforesaid Mortgage and Note.

23. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is presently in default on said Mortgage and Note, having failed to make the monthly payment due September 1, 2015, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

24. The total debt owed under the Note and Mortgage as of March 31, 2020 is One Hundred Seventy-Three Thousand Three Hundred Seventy-Two and 84/100 ($173,372.84) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $126,519.97 |
| Interest | $30,227.27 |
| Late Fees | $0.07 |
| Escrow Advance | $11,212.01 |
| Corporate Advance Balance | $5,413.52 |
| Grand Total | $173,372.84 |

25. The record established through the Cumberland County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

26. By virtue of the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

27. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, on January 15, 2020, evidenced by the Certificate of Mailing. *See* Exhibit F.

28. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is not in the Military as evidenced by the attached Exhibit G.

## COUNT II – BREACH OF NOTE

29. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 28 as if fully set forth herein.

30. On September 16, 2010, the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, executed under seal and delivered to Bank of America, N.A. a certain Note in the amount of $137,000.00. *See* Exhibit B.

31. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is in default for failure to properly tender the September 1, 2015 payment and all subsequent payments. *See* Exhibit F.

32. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde.

33. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

34. The Defendant Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde's breach is knowing, willful, and continuing.

35. The Defendant Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde's breach has caused Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

36. The total debt owed under the Note and Mortgage as of March 31, 2020, if no payments are made, is One Hundred Seventy-Three Thousand Three Hundred Seventy-Two and 84/100 ($173,372.84) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $126,519.97 |
| Interest | $30,227.27 |
| Late Fees | $0.07 |
| Escrow Advance | $11,212.01 |
| Corporate Advance Balance | $5,413.52 |
| Grand Total | $173,372.84 |

37. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

38. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 37 as if fully set forth herein.

39. By executing, under seal, and delivering the Note, the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, entered into a written contract with Bank of America, N.A. who agreed to loan the amount of $137,000.00 to the Defendant.  *See* Exhibit B.

40. As part of this contract and transaction, the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, executed the Mortgage to secure the Note and the subject property.  *See* Exhibit C.

41. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the proper holder of the Note and successor-in-interest to Bank of America, N.A., and has performed its obligations under the Note and Mortgage.

42. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, breached the terms of the Note and Mortgage by failing to properly tender the September 1, 2015 payment and all subsequent payments.  *See* Exhibit F.

43. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde.

44. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

45. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is indebted to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust in the sum of One Hundred Seventy-Three Thousand Three Hundred Seventy-Two and 84/100 ($173,372.84) Dollars, for money lent by the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, to the Defendant.

46. Defendant Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde's breach is knowing, willful, and continuing.

47. Defendant Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde's breach has caused Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

48. The total debt owed under the Note and Mortgage as of March 31, 2020, if no payments are made, is One Hundred Seventy-Three Thousand Three Hundred Seventy-Two and 84/100 ($173,372.84) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $126,519.97 |
| Interest | $30,227.27 |
| Late Fees | $0.07 |
| Escrow Advance | $11,212.01 |

|  |  |
|---|---|
| Corporate Advance Balance | $5,413.52 |
| Grand Total | $173,372.84 |

49. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

50. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 49 as if fully set forth herein.

51. Bank of America, N.A., predecessor-in-interest to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, loaned Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, $137,000.00.  *See* Exhibit B.

52. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is in default for failure to properly tender the September 1, 2015 payment and all subsequent payments.  *See* Exhibit F.

53. As a result of the Defendant Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde's failure to perform under the terms of their obligation, the Defendant, should be required to compensate the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.

54. As such, the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V – UNJUST ENRICHMENT

55. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 54 as if fully set forth herein.

56. Bank of America, N.A., predecessor-in-interest to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, loaned the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, $137,000.00. *See* Exhibit B.

57. The Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, has failed to repay the loan obligation.

58. As a result, the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, has been unjustly enriched to the detriment of the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust as successor-in-interest to Bank of America, N.A. by having received the aforesaid benefits and money and not repaying said benefits and money.

59. As such, the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, upon the expiration of the period of redemption;

c) Find that the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is in breach of the Note by failing to make payment due as of September 1, 2015, and all subsequent payments;

d) Find that the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is in breach of the Mortgage by failing to make payment due as of September 1, 2015, and all subsequent payments;

e) Find that the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due September 1, 2015 and all subsequent payments;

g) Find that the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde has been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, to restitution;

j) Find that the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is liable to the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, for money had and received;

k) Find that the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, is liable to the Plaintiff for quantum meruit;

l) Find that the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is entitled to restitution for this benefit from the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, and in favor of the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, in the amount of One Hundred Seventy-Three Thousand Three Hundred Seventy-Two and 84/100 ($173,372.84 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,
By its attorneys,

Dated:  April 6, 2020

/s/ John A. Doonan, Esq.
/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com