Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096



9314 7100 1170 1028 1548 56

**RETURN RECEIPT REQUESTED**

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA   19176-6243

20200116-162

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX  77242-4239

EDWARD GEORG WILLARDE
8 CHESTNUT ST
SOUTH PORTLAND, ME 04106-2739





EXHIBIT

**F**

DM011{CM}



9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

01/15/2020

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

EDWARD GEORG WILLARDE
8 CHESTNUT ST
SOUTH PORTLAND, ME 04106-2739

Sent Via Certified Mail

Re:  Loan #:
     Mortgagor(s):   EDWARD GEORG WILLARDE
     Property:       8 CHESTNUT ST
                     SOUTH PORTLAND, ME 04106

<strong>NOTICE OF DEFAULT AND INTENT TO ACCELERATE</strong>

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default.  To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage.  As of 01/15/2020, your loan is due for 09/01/2015 and the total amount necessary to cure your default is $54,151.88, which consists of the following:

| | |
|---|---:|
| Payment Due Date: | 09/01/2015 |
| Total Monthly Payments Due: | $52,536.31 |
| Late Charges: | $0.07 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,615.50 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$54,151.88** |

As of 01/15/2020, the current outstanding principal balance is $126,519.97 and the total debt you owe is $167,581.34.  The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.

Please include your loan number and property address with your payment and send to:



Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

| | |
|---|---|
| Bank: | Signature Bank |
| ABA: | 026013576 |
| Account No.: | 1503088408 |

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $167,581.34. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



Detailed Breakdown of Other Fees:


Total Other Fees Due:                    $0.00



Detailed Breakdown of Corporate Advance Balance:
Property Inspection                      $780.00
Property Services                        $145.50
Secure Property Fee                      $100.00
Snow Removal                             $150.00
Winterize Property Fee                   $200.00
Yard Maintenance                         $240.00


Total Corporate Advance Due:             $1,615.50

Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: mdrost@mainehousing.org.<br>Website: www.mainehousing.org | 353 Water St<br>Augusta, Maine 04330-8113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmacsow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963-0114<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: theresa.dow@mmcacorp.org.<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org.<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: accounting@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-0516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org.<br>Website: www.moneymanagement.org | 477 Congress St<br>5th Floor<br>PORTLAND, Maine 04101-3427 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: prosperityme.org/ | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A.<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org.<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org.<br>Website: www.community-concepts.org | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A.<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 |

https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME                    VCP41



Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096



2350543407

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA   19176-6243

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX  77242-4239

20200116-162

EDWARD GEORG WILLARDE
13 MARION ST
PORTLAND, ME 04101-2608





9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

01/15/2020

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

EDWARD GEORG WILLARDE
13 MARION ST
PORTLAND, ME 04101-2608

Re:     Loan #:
        Mortgagor(s):   EDWARD GEORG WILLARDE
        Property:       8 CHESTNUT ST
                        SOUTH PORTLAND, ME 04106

### NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default.  To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage.  As of 01/15/2020, your loan is due for 09/01/2015 and the total amount necessary to cure your default is $54,151.88, which consists of the following:

| | |
|---|---:|
| Payment Due Date: | 09/01/2015 |
| Total Monthly Payments Due: | $52,536.31 |
| Late Charges: | $0.07 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,615.50 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$54,151.88** |

As of 01/15/2020, the current outstanding principal balance is $126,519.97 and the total debt you owe is $167,581.34.  The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.

Please include your loan number and property address with your payment and send to:



Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

Bank:          Signature Bank
ABA:           026013576
Account No.:   1503088408

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $167,581.34. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



Detailed Breakdown of Other Fees:


Total Other Fees Due:                            $0.00



Detailed Breakdown of Corporate Advance Balance:
Property Inspection                 $780.00
Property Services                   $145.50
Secure Property Fee                 $100.00
Snow Removal                        $150.00
Winterize Property Fee              $200.00
Yard Maintenance                    $240.00


Total Corporate Advance Due:        $1,615.50



Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St<br>Augusta, Maine 04330-8113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmacsow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963-0114<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: theresa.dow@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: accounting@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-0516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St<br>5th Floor<br>PORTLAND, Maine 04101-3427 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: prosperityme.org/ | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 |



Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA   19176-6243

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX  77242-4239

9314 7100 1170 1028 1548 49

**RETURN RECEIPT REQUESTED**

20200116-162

EDWARD GEORG WILLARDE
13 MARION ST
PORTLAND, ME 04101-2608





9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

01/15/2020

Hours of Operation (CT)
Monday - Thursday: 8 a.m.  - 9 p.m.
Friday: 8 a.m. - 5 p.m.

EDWARD GEORG WILLARDE
13 MARION ST
PORTLAND, ME 04101-2608

Sent Via Certified Mail

Re:  Loan #:
     Mortgagor(s):   EDWARD GEORG WILLARDE
     Property:       8 CHESTNUT ST
                     SOUTH PORTLAND, ME 04106

### NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default.  To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage.  As of 01/15/2020, your loan is due for 09/01/2015 and the total amount necessary to cure your default is $54,151.88, which consists of the following:

| | |
|---|---|
| Payment Due Date: | 09/01/2015 |
| Total Monthly Payments Due: | $52,536.31 |
| Late Charges: | $0.07 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,615.50 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$54,151.88** |

As of 01/15/2020, the current outstanding principal balance is $126,519.97 and the total debt you owe is $167,581.34.  The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.

Please include your loan number and property address with your payment and send to:



Page 1 of 5
DM011

Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

| | |
|---|---|
| Bank: | Signature Bank |
| ABA: | 026013576 |
| Account No.: | 1503088408 |

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure.  If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.  You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure.  You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $167,581.34. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full.  If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt.  However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes.  To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.  You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



Page 3 of 5
DM011

Detailed Breakdown of Other Fees:


Total Other Fees Due:                    $0.00



Detailed Breakdown of Corporate Advance Balance:
Property Inspection            $780.00
Property Services              $145.50
Secure Property Fee            $100.00
Snow Removal                   $150.00
Winterize Property Fee         $200.00
Yard Maintenance               $240.00


Total Corporate Advance Due:       $1,615.50

Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St<br>Augusta, Maine 04330-8113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmacsow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963-0114<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: theresa.dow@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: accounting@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-0516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St<br>5th Floor<br>PORTLAND, Maine 04101-3427 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: prosperityme.org/ | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 |



Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096

2350543408

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Selene Finance LP
P.O. Box 71243
Philadelphia, PA   19176-6243

Send Correspondence to:
Selene Finance LP
PO Box 422039
Houston, TX  77242-4239

20200116-162

EDWARD GEORG WILLARDE
8 CHESTNUT ST
SOUTH PORTLAND, ME 04106-2739





9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

01/15/2020

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

EDWARD GEORG WILLARDE
8 CHESTNUT ST
SOUTH PORTLAND, ME 04106-2739

Re:     Loan #:          7009293
        Mortgagor(s):    EDWARD GEORG WILLARDE
        Property:        8 CHESTNUT ST
                         SOUTH PORTLAND, ME 04106

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear Mortgagor(s):

Selene Finance LP ("Selene"), as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust which is the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage and applicable state laws, is providing you with formal notice of the following:

The mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

You have a right to cure the default. To cure this default, you must pay all amounts due under the terms of your Note and Deed of Trust/Mortgage. As of 01/15/2020, your loan is due for 09/01/2015 and the total amount necessary to cure your default is $54,151.88, which consists of the following:

| | |
|---|---:|
| Payment Due Date: | 09/01/2015 |
| Total Monthly Payments Due: | $52,536.31 |
| Late Charges: | $0.07 |
| Uncollected NSF Fees: | $0.00 |
| Other Fees: | $0.00 |
| (See breakdown of fees below) | |
| Corporate Advance Balance: | $1,615.50 |
| (See breakdown of fees below) | |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$54,151.88** |

As of 01/15/2020, the current outstanding principal balance is $126,519.97 and the total debt you owe is $167,581.34. The total amount you must pay to cure the default stated above must be received within thirty-five (35) days of the date this notice is given. The total amount due does not include any amounts that become due after the date of this notice.

Please include your loan number and property address with your payment and send to:



Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

You may also make a payment by wire transfer using the following information:

| | |
|---|---|
| Bank: | Signature Bank |
| ABA: | 026013576 |
| Account No.: | 1503088408 |

Failure to cure the delinquency within thirty-five (35) days of when this notice is given may result in acceleration of the sums secured by the Deed of Trust/Mortgage and in the sale of the property through foreclosure. If you remit the total to cure the default within 35 days of when this notice is given, the default identified in this letter will be cured and all rights under the Security Instrument are restored as if the default had not occurred.

You are hereby informed that you have the "right to cure" or reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged. You also have the right to bring a court action or assert in any court action the non-existence of a default or any other defense you may have to acceleration. You may have options available to you other than foreclosure. You are encouraged to explore available loan resolution options prior to the end of the "right to cure" period by contacting Selene, the party authorized to modify your mortgage via telephone at (877) 768-3759 or by mail at 9990 Richmond Avenue Suite 400 South Houston, TX 77042.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Selene to provide you with the total debt (or balance) due to Selene as of the date of this letter, which is $167,581.34. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Selene at (877) 768-3759.

If you received a discharge of the loan through the Bankruptcy Court and if the loan has not been reaffirmed, the acceleration and the sale will not result in you being held personally liable for the debt and this letter is not an attempt to collect a personal debt. However, to avoid foreclosure, payment of the delinquent balance is necessary.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673). A list of all counseling agencies approved by the United States Department Housing and Urban Development operating to assist mortgagors in Maine to avoid foreclosure is attached hereto.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

Sincerely,

Loan Resolution Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



Page 3 of 5
DM011

Detailed Breakdown of Other Fees:


Total Other Fees Due:                          $0.00



Detailed Breakdown of Corporate Advance Balance:
Property Inspection                    $780.00
Property Services                      $145.50
Secure Property Fee                    $100.00
Snow Removal                           $150.00
Winterize Property Fee                 $200.00
Yard Maintenance                       $240.00


Total Corporate Advance Due:           $1,615.50

Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St<br>Augusta, Maine 04330-8113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmacsow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963-0114<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: theresa.dow@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: accounting@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-0516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St<br>5th Floor<br>PORTLAND, Maine 04101-3427 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: prosperityme.org/ | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 |



**Gianna Verdi**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, January 22, 2020 4:18 PM |
| **To:** | Referrals |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Selene Finance LP Owner of the mortgage:Wilmington Savings Fund Society What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:Referrals@selenefinance.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Chris Hymer
9990 Richmond Ave, Suite 400 South
Houston, Tx 77042
877-769-3759
Referrals@selenefinance.com


-----

Consumer Information

-----

Consumer First name:EDWARD
Consumer Middle Initial/Middle Name:
Consumer Last name:WILLARDE
Consumer Suffix:
Property Address line 1:8 CHESTNUT ST
Property Address line 2:
Property Address line 3:
Property Address City/Town:SOUTH PORTLAND Property Address State:
Property Address zip code:04106
Property Address County:Cumberland


-----

Notification Details

-----

Date notice was mailed:1/17/2020
Amount needed to cure the default:54151.88 Consumer Address line 1:13 MARION ST Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:PORTLAND
Consumer Address State:ME
Consumer Address zip code:04101

## Gianna Verdi

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, January 22, 2020 4:17 PM |
| **To:** | Referrals |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Selene Finance LP Owner of the mortgage:Wilmington Savings Fund Society What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:Referrals@selenefinance.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Chris Hymer
9990 Richmond Ave, Suite 400 South
Houston, Tx 77042
877-769-3759
Referrals@selenefinance.com


-----
Consumer Information
-----

Consumer First name:EDWARD
Consumer Middle Initial/Middle Name:
Consumer Last name:WILLARDE
Consumer Suffix:
Property Address line 1:8 CHESTNUT ST
Property Address line 2:
Property Address line 3:
Property Address City/Town:SOUTH PORTLAND Property Address State:
Property Address zip code:04106
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:1/17/2020
Amount needed to cure the default:54151.88 Consumer Address line 1:8 CHESTNUT ST Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:SOUTH PORTLAND Consumer Address State:ME Consumer Address zip code:04106



*11801801*

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096

4/6

PS form 3877
Type of Mailing: CERTIFIED
January 17, 2020

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference |
|---|---|---|---|---|---|---|---|
| 1 | 9314 7100 1170 1028 1548 25 | EST OF WALFORD DYER 1184 PLAINS RD LITCHFIELD, ME 04350-4333 | $0.650 | $3.50 | $2.80 | $0.00 | 781930 |
| 2 | 9314 7100 1170 1028 1548 32 | JOSEPH M. BALDACCI 6 STATE ST STE 605 BANGOR, ME 04401-5140 | $0.650 | $3.50 | $2.80 | $0.00 | 781930 |
| 3 | 9314 7100 1170 1028 1548 49 | EDWARD GEORG WILLARDE 13 MARION ST PORTLAND, ME 04101-2508 | $0.650 | $3.50 | $2.80 | $0.00 | 7009293 |
| 4 | 9314 7100 1170 1028 1548 56 | EDWARD GEORG WILLARDE 8 CHESTNUT ST SOUTH PORTLAND, ME 04106-2739 | $0.650 | $3.50 | $2.80 | $0.00 | 7009293 |
| 5 | 9314 7100 1170 1028 1548 63 | EST OF WALFORD DYER 6 STATE ST STE 605 BANGOR, ME 04401-5140 | $0.650 | $3.50 | $2.80 | $0.00 | 781930 |
| 6 | 9314 7100 1170 1028 1548 70 | EST OF WALFORD DYER 1184 PLAINS RD LITCHFIELD, ME 04350-4333 | $0.650 | $3.50 | $2.80 | $0.00 | 781930 |
| 7 | 9314 7100 1170 1028 1548 87 | JOSEPH M. BALDACCI 6 STATE ST STE 605 BANGOR, ME 04401-5140 | $0.650 | $3.50 | $2.80 | $0.00 | 781930 |
| 8 | 9314 7100 1170 1028 1548 94 | JOSEPH M. BALDACCI 1184 PLAINS RD LITCHFIELD, ME 04350-4333 | $0.650 | $3.50 | $2.80 | $0.00 | 781930 |
| 9 | 9314 7100 1170 1028 1549 00 | GERALD E HOUCK JR 10670 EWING RD PETERSBURG, PA 16669-2008 | $0.650 | $3.50 | $2.80 | $0.00 | 10209583 |
| 10 | 9314 7100 1170 1028 1549 17 | GERALD E HOUCK JR 9669 KYPER RD PETERSBURG, PA 16669-3519 | $0.650 | $3.50 | $2.80 | $0.00 | 10209583 |
| 11 | 9314 7100 1170 1028 1549 24 | AMY J HOUCK 10670 EWING RD PETERSBURG, PA 16669-2008 | $0.650 | $3.50 | $2.80 | $0.00 | 10209583 |
| 12 | 9314 7100 1170 1028 1549 31 | AMY J HOUCK 9669 KYPER RD PETERSBURG, PA 16669-3519 | $0.650 | $3.50 | $2.80 | $0.00 | 10209583 |
| 13 | 9314 7100 1170 1028 1549 48 | ESTATE OF KENNETH W ROBERTS 5851 DELANCEY ST PHILADELPHIA, PA 19143-1207 | $0.650 | $3.50 | $2.80 | $0.00 | 7073349 |
| 14 | 9314 7100 1170 1028 1549 55 | ESTATE OF DIANE M ROBERTS 5851 DELANCEY ST PHILADELPHIA, PA 19143-1207 | $0.650 | $3.50 | $2.80 | $0.00 | 7073349 |
| 15 | 9314 7100 1170 1028 1549 62 | TOMMY A BECKER SUSAN M BECKER 4812 YORKSHIRE AVE PARMA, OH 44134-3726 | $0.500 | $3.50 | $2.80 | $0.00 | 10191062 |
| 16 | 9314 7100 1170 1028 1549 79 | ESHA WILLIAMS 111 LONDONBERRY CIR KNOXVILLE, SC 292?0-8058 | $0.500 | $3.50 | $2.80 | $0.00 | 7060831 |
| 17 | 9314 7100 1170 1028 1549 86 | B.D. ALLEN REV LIVING TRUST 2225 GRAFTON SHOP RD FOREST HILL, MD 21050-1325 | $0.500 | $3.50 | $2.80 | $0.00 | 600018949 |
| 18 | 9314 7100 1170 1028 1549 93 | JOSEPH S. FREEMAN 2225 GRAFTON SHOP RD FOREST HILL, MD 21050-1325 | $0.500 | $3.50 | $2.80 | $0.00 | 600018949 |
| 19 | 9314 7100 1170 1028 1550 06 | SHERRI FREEMAN 2225 GRAFTON SHOP RD FOREST HILL MD 2150-1325 | $0.500 | $3.50 | $2.80 | $0.00 | 600018949 |
| 20 | 9314 7100 1170 1028 1550 13 | BLANCHE M THOMAS KENNETH HURST 4615 COBBLESTONE CIR KNOXVILLE, TN 37938-3208 | $0.500 | $3.50 | $2.80 | $0.00 | 7088073 |
| 21 | 9314 7100 1170 1028 1550 20 | GERALD E HOUCK JR 10670 EWING RD PETERSBURG, PA 16669-2008 | $0.500 | $3.50 | $2.80 | $0.00 | 10209583 |
| 22 | 9314 7100 1170 1028 1550 37 | GERALD E HOUCK JR 9669 KYPER RD PETERSBURG, PA 16669-3519 | $0.500 | $3.50 | $2.80 | $0.00 | 10209583 |
| 23 | 9314 7100 1170 1028 1550 44 | ALBERTO RODRIGUEZ-CABAR 15095 SW 68TH TER MIAMI, FL 33193-1920 | $0.500 | $3.50 | $2.80 | $0.00 | 94022613 |
| 24 | 9314 7100 1170 1028 1550 51 | LORAINE BORLAND 10720 VINE HILL DR LOUISVILLE, KY 40299-1296 | $0.500 | $3.50 | $2.80 | $0.00 | 7066079 |

USPS BMEU PHX, AZ JAN 17 2020 85026-9677



*1180180*

Selene Finance LP
PO Box 9096
Temecula, CA  92589-9096

PS form 3877
Type of Mailing: CERTIFIED
January 17, 2020

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference |
|---|---|---|---|---|---|---|---|
| 25 | 9314 7100 1170 1028 1550 68 | ESTATE OF KENNETH W ROBERTS ESTATE OF DIANE M ROBERTS 5851 DELANCEY ST PHILADELPHIA, PA 19143-1207 | $0.500 | $3.50 | $2.80 | $0.00 | 7073349 |
| 26 | 9314 7100 1170 1028 1550 75 | MELINDA J SANDERS 5425 JOHNSONTOWN RD LOUISVILLE, KY 40272-3466 | $0.500 | $3.50 | $2.80 | $0.00 | 10190791 |
| 27 | 9314 7100 1170 1028 1550 82 | MARILYN Y HOLMES ESTATE OF COLLIN LATIMORE 715 GINWRIGHT CT KISSIMMEE, FL 34744-2958 | $0.500 | $3.50 | $2.80 | $0.00 | 10209054 |
| 28 | 9314 7100 1170 1028 1550 99 | KARYN D JANIS 527 N PLEASANT DR APT 1 GLENWOOD, IL 60425 | $0.500 | $3.50 | $2.80 | $0.00 | 94004058 |
| 29 | 9314 7100 1170 1028 1551 05 | KARYN D JANIS 527 PLEASANT DR UNI GLENWOOD, IL 60425 | $0.500 | $3.50 | $2.80 | $0.00 | 94004058 |
| 30 | 9314 7100 1170 1028 1551 12 | CONSTANCE WILLIAMS ESTATE OF C PLUMMER 8310 NW 47TH ST LAUDERHILL, FL 33351-5535 | $0.500 | $3.50 | $2.80 | $0.00 | 94022399 |
| 31 | 9314 7100 1170 1028 1551 29 | MAGLY PEDRON-RAMOS 3723 SW 150TH CT MIAMI, FL 33185-3967 | $0.500 | $3.50 | $2.80 | $0.00 | 94022449 |
| 32 | 9314 7100 1170 1028 1551 36 | DONALD MARTIN JR 16895 OASIS RD LEOPOLD, IN 47551-9627 | $0.500 | $3.50 | $2.80 | $0.00 | 500038484 |
| 33 | 9314 7100 1170 1028 1551 43 | MICHAEL NEAL 22724 LINGEMANN ST SAINT CLAIR SHORES, MI 48080-2130 | $0.500 | $3.50 | $2.80 | $0.00 | 500081526 |
| 34 | 9314 7100 1170 1028 1551 50 | STEVEN SMELSER 4939 STONEWALL JACKSON HWY BENTONVILLE, VA 22610-1721 | $0.500 | $3.50 | $2.80 | $0.00 | 500117064 |
| 35 | 9314 7100 1170 1028 1551 67 | STEVEN SMELSER 3433 PINE GROVE RD STANLEY , VA 22851-5412 | $0.500 | $3.50 | $2.80 | $0.00 | 500117064 |
| 36 | 9314 7100 1170 1028 1551 74 | CHRISTY LEATHERS JEFFRY LEATHERS 705 N PARK AVE SALEM, MO 65560-2719 | $0.500 | $3.50 | $2.80 | $0.00 | 7075179 |
| 37 | 9314 7100 1170 1028 1551 81 | LAUREN CHOJNACKI 1469 EGGERT RD AMHERST, NY 14226-3358 | $0.500 | $3.50 | $2.80 | $0.00 | 884783 |
| 38 | 9314 7100 1170 1028 1551 98 | Sherri Freeman 907 Grayson Sq Bel Air, MD 21014-2700 | $0.500 | $3.50 | $2.80 | $0.00 | 600018949 |
| 39 | 9314 7100 1170 1028 1552 04 | Michael Neal 11219 Toepfer Rd Warren, MI 48089-3021 | $0.500 | $3.50 | $2.80 | $0.00 | 500081526 |
| 40 | 9314 7100 1170 1028 1552 11 | Steven Smelser 19976 Fort Valley Rd Strasburg, VA 22657-5106 | $0.500 | $3.50 | $2.80 | $0.00 | 500117064 |
| 41 | 9314 7100 1170 1028 1552 28 | MARTIN GARCIA ANA M GARCIA 9575 DATE ST FONTANA, CA 92335-5618 | $0.500 | $3.50 | $2.80 | $0.00 | 4011177 |
| 42 | 9314 7100 1170 1028 1552 35 | AFROIM YUDOVICH ESTHER YUDOVICH 1390 CALLEJON SEGOVIA UNIT 37 CHULA VISTA, CA 91910-6982 | $0.500 | $3.50 | $2.80 | $0.00 | 4014536 |
| 43 | 9314 7100 1170 1028 1552 42 | AFROIM YUDOVICH ESTHER YUDOVICH 1390  CALLEJON SEGOVI CHULA VISTA, CA 91910 | $0.500 | $3.50 | $2.80 | $0.00 | 4014536 |
| 44 | 9314 7100 1170 1028 1552 59 | DONALD MARTIN JR 16895 OASIS RD LEOPOLD, IN 47551-9627 | $0.500 | $3.50 | $2.80 | $0.00 | 500038484 |
| 45 | 9314 7100 1170 1028 1552 66 | JOHN EVANS 207 SPRING CREEK DR PERRY , GA 31069-4112 | $0.500 | $3.50 | $2.80 | $0.00 | 500024286 |



*11801801*

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096

PS form 3877
Type of Mailing: CERTIFIED
January 17, 2020

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference |
|---|---|---|---|---|---|---|---|
| 46 | 9314 7100 1170 1028 1552 73 | CHRISTINA HOWARD
962 HILLVIEW RD
BRIGHAM CITY, UT 84302-3356 | $0.500 | $3.50 | $2.80 | $0.00 | 4016986 |
| | | **Totals** | $25.10 | $161.00 | $128.80 | $0.00 | |

Grand Total $314.90

Postmaster:
Name of receiving employee

Dated:

Total Certified Mail w/RRE:  0

Total Number of Pieces
Received at Post office   46

List Number of Pieces
Listed by Sender   46

Certified Mail Only:    0    Total Certified mail w/RR:   46    Total Certified mail w/RR:



*118011?*

Selene Finance LP
PO Box 9096
Temecula, CA 92589-9096

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
January 17, 2020



USPS BMEU PHX, AZ
JAN 17 2020
85026-9671

Postmaster: _____ Dated: _____
Name of receiving employee

List Number of Pieces Listed by Sender
**8**

Total Number of Pieces Received at Post office
**8**

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | 781930 | 2350543405 | EST OF WALFORD DYER<br>1184 PLAINS RD<br>LITCHFIELD, ME 04350-4333 | $0.650 | $0.41 |
| 2 | 781930 | 2350543406 | JOSEPH M. BALDACCI<br>1184 PLAINS RD<br>LITCHFIELD, ME 04350-4333 | $0.650 | $0.41 |
| 3 | 7009293 | 2350543407 | EDWARD GEORG WILLARDE<br>13 MARION ST<br>PORTLAND, ME 04101-2608 | $0.650 | $0.41 |
| 4 | 7009293 | 2350543408 | EDWARD GEORG WILLARDE<br>8 CHESTNUT ST<br>SOUTH PORTLAND, ME 04106-2739 | $0.650 | $0.41 |
| 5 | 781930 | 2350543409 | EST OF WALFORD DYER<br>6 STATE ST STE 605<br>BANGOR, ME 04401-5140 | $0.650 | $0.41 |
| 6 | 781930 | 2350543410 | EST OF WALFORD DYER<br>1184 PLAINS RD<br>LITCHFIELD, ME 04350-4333 | $0.650 | $0.41 |
| 7 | 781930 | 2350543411 | JOSEPH M. BALDACCI<br>6 STATE ST STE 605<br>BANGOR, ME 04401-5140 | $0.650 | $0.41 |
| 8 | 781930 | 2350543412 | JOSEPH M. BALDACCI<br>1184 PLAINS RD<br>LITCHFIELD, ME 04350-4333 | $0.650 | $0.41 |
| | | | Totals | $5.20 | $3.28 |

**Grand Total:** **$8.48**

U.S. POSTAGE >> PITNEY BOWES

ZIP 85034 $ 003.28°
02 4W
0000358669 JAN 17 2020

USPS BMEU PHX, AZ
JAN 17 2020
85026-9671