UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST<br><br>    Plaintiff<br><br>v.<br><br>EDWARD GEORGE WILLARD A/K/A EDWARD G. WILLARD A/K/A EDWARD GORGE WILLARDE<br><br>    Defendant<br><br>MAINE VETERANS HOMES<br><br>    Party-In-Interest | 2:20-cv-00129-LEW |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

**Address:  8 Chestnut Street, South Portland, ME 04106**
**Mortgage:  September 16, 2010, Book: 28101, Page:154**

**(THIS PROPERTY IS VACANT)**

Now comes the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, the Defendant, Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde, and Party-In-Interest Maine Veterans Homes, and hereby submit this Consent Judgment of Foreclosure and Sale.

Count II - Breach of Note, Count III - Breach of Contract, Money Had and

Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Wilmington Savings") the amount adjudged due and owing ($182,620.19) within 90 days of the date of the Judgment of Foreclosure and Sale, as that time period is calculated in accordance with 14 M.R.S. § 6322, Wilmington Savings shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of September 15, 2020:

    | **Description** | **Amount** |
    | --- | --- |
    | Unpaid Principal Balance | $126,519.97 |
    | Interest | $33,506.45 |
    | Late Charges | $0.07 |
    | Escrow Advances | $12,729.80 |
    | Corporate Advances | $9,863.90 |
    | **Grand Total** | **$182,620.19** |

2. If the Defendant or his heirs or assigns do not pay Wilmington Savings the amount adjudged due and owing ($182,620.19) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his remaining rights to possession of the South Portland Property shall terminate, Wilmington Savings shall conduct a public sale of the South Portland Property in accordance with 14 M.R.S. § 6323, disbursing the

proceeds first to itself in the amount of $182,620.19 after deducting the expenses of the sale, with any surplus in accordance with Paragraph 5 below, in accordance with 14 M.R.S.A. § 6324. Wilmington Savings <u>may not</u> seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $182,620.19.

5. The priority of interests is as follows:

    - Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust has first priority, in the amount of $182,620.19, pursuant to the subject Note and Mortgage.

    - Maine Veterans' Homes has the second priority, behind the Plaintiff, pursuant to a Writ of Execution in the amount of $7,850.00 as of September 22, 2020, and recorded in the Cumberland County Registry of Deeds in Book 35786, Page 335.

    - Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde has the third priority behind the Plaintiff.

6. The prejudgment interest rate is 5.37500%, *see* 14 M.R.S.A. § 1602-B, and the

post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | **PARTIES** | **COUNSEL** |
|---|---|---|
| PLAINTIFF | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Pretium Mortgage Credit Management 120 South Sixth Street, #2100  Minneapolis, MN 55402 | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANT | Edward George Willard a/k/a Edward G. Willard a/k/a Edward Gorge Willarde 13 Marion Street Portland, ME 04101 | Pro Se |
| PARTY-IN-INTEREST | Maine Veterans Homes 460 Civic Center Drive, Augusta , ME 04330 | Taylor D. Fawns, Esq. Kozak & Gayer, P.A. 157 Capitol Street, Suite 1 Augusta, Maine 04330 |

a) The docket number of this case is No. 2:20-cv-00129-LEW.

b) The Defendant, and the Party-In-Interest, the only parties to these proceedings besides Wilmington Savings, received notice of the proceedings in accordance with the applicable provisions of the Federal

      Rules of Civil Procedure.

   c) A description of the real estate involved, 8 Chestnut Street, South Portland, ME 04106, is set forth in Exhibit A to the Judgment herein.

   d) The street address of the real estate involved is 8 Chestnut Street, South Portland, ME 04106.  The Mortgage was executed by the Defendant on September 16, 2010.  The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 28101, Page 154.

   e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 8 Chestnut Street, South Portland, ME 04106.

8. An Affidavit of Commencement of Foreclosure was recorded with the Cumberland County Registry of Deeds on April 9, 2020, at Book 36579, Page 171.

Dated:  November 19, 2020          /s/ Reneau J. Longoria, Esq.
                                                 John A. Doonan, Esq., Bar No. 3250
                                                 Reneau J. Longoria, Esq., Bar No. 5746
                                                 Attorneys for Plaintiff
                                                 Doonan, Graves & Longoria, LLC
                                                 100 Cummings Center, Suite 225D
                                                 Beverly, MA 01915
                                                 (978) 921-2670
                                                 JAD@dgandl.com
                                                 RJL@dgandl.com

Dated: November 3, 2020            /s/ Edward G. Willard
                                                  Edward George Willard a/k/a Edward G.
                                                  Willard a/k/a Edward Gorge Willarde
                                                  13 Marion Street
                                                  Portland, ME 04101


Dated: October 23, 2020            /s/Taylor D. Fawns, Esq.
                                                  Maine Veterans Homes
                                                  460 Civic Center Drive
                                                  Augusta , ME 04330
                                                  By its' Counsel Taylor D. Fawns, Esq.


SO ORDERED

Dated this 30th day of November, 2020.

                                                  /s/ Lance E. Walker
                                                 UNITED STATES DISTRICT JUDGE